KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
Assistant United States Attorney

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436–6767
   michael.wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> TONY J. DANILOO, ) <br> ) <br>    Defendant. ) <br> ) <br>_____ ) | No. 3–06–70408 MEJ <br><br> [~~PROPOSED~~] ORDER EXTENDING TIME FOR PRELIMINARY EXAMINATION |

     This matter has been set for preliminary hearing (or arraignment) on August 16, 2006. The parties hereby agree and stipulate that they are continuing to negotiate a disposition; moreover, counsel for the United States is unavailable on August 16, 2006. To allow negotiations to continue, as well as to ensure the availability of government counsel, the parties jointly request that the preliminary hearing be continued from August 16, 2006, to August 23, 2006.

//

[~~PROPOSED~~] ORDER
3–06–70408 MEJ                                1

The parties further stipulate and agree that the defendant has previously, in open court, made a knowing and voluntary waiver of his rights to a preliminary hearing within ten days of his initial appearance and to an indictment or information within thirty days of his arrest. The parties jointly request the Court to extend the ten-day time limit for preliminary examination under Federal Rule of Criminal Procedure 5, and the thirty-day time limit for information or indictment under 18 U.S.C. § 3161(b), from August 16, 2006, to August 23, 2006.

                                        Respectfully submitted,

                                        KEVIN V. RYAN
                                        United States Attorney

Date: August 10, 2006              /S/ Michael L. Wang
                                        MICHAEL LI-MING WANG
                                        Assistant United States Attorney

Date: August 11, 2006              Deborah Levine
                                        DEBORAH LEVINE
                                        Counsel for Defendant Tony J. Daniloo

## [~~PROPOSED~~] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that this matter be continued from August 16, 2006, to August 23, 2006. IT IS FURTHER ORDERED, based upon the stipulation of the parties and the Court's previous findings in open court, that the ten-day time limit for preliminary examination under Federal Rule of Criminal Procedure 5, and the thirty-day time limit for information or indictment under 18 U.S.C. § 3161(b), be extended from August 16, 2006, to August 23, 2006. The Court specifically finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

DATED: __August 14, 2006__          
                                                HON. JOSEPH C. SPERO
                                                United States Magistrate Judge