# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18, U.S.C. § 1343 - Wire Fraud (41 Counts); 18 U.S.C. § 1341 - Mail Fraud (4 Counts); 18 U.S.C. § 1956(a)(1)(A)(I) - Financial Transactions to Promote Unlawful Activity (77 Counts)

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY: **E-Filing**

For each count: 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 special assessment

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Michael Wang

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

FILED

AUG 31 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Tony J. Daniloo

DISTRICT COURT NUMBER

CR 06 0596

**DEFENDANT**

WHA

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
AUG 3 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

Tony J. Daniloo,

CR 06 0596

E-filing

DEFENDANT.

WHA

## INDICTMENT

Title 18 United States Code § 1343 - Wire Fraud (41 Counts); Title 18 United States Code § 1341 - Mail Fraud (4 Counts); Title 18 United States Code § 1956(a)(1)(A)(I) - Financial Transactions to Promote Unlawful Activity (77 Counts)

A true bill.

[signature]
Foreman

Filed in open court this 31st day of Aug. 2006.

[signature]
Clerk
KAREN L. HOM

[signature]
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no process

06-596 WHA

KEVIN V. RYAN (CSBN 118321)
United States Attorney

E-Filing

FILED
AUG 31 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 06 0596

WHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TONY J. DANILOO,

Defendant.

No.:

VIOLATIONS: 18 U.S.C. § 1343 — Wire Fraud (41 Counts); 18 U.S.C. § 1341 — Mail Fraud (4 Counts); 18 U.S.C. § 1956(a)(1)(A)(I) — Financial Transactions to Promote Unlawful Activity (77 Counts)

SAN FRANCISCO VENUE

# INDICTMENT

The Grand Jury charges:

## BACKGROUND

At all times relevant to this Indictment:

1. DreamLife Investments Inc., doing business as DreamLife Financial ("DreamLife"), was a company that was based in Modesto, California, and maintained numerous branch offices. DreamLife purported to provide mortgages to prospective homeowners with poor credit ratings.

2. Defendant TONY J. DANILOO ("DANILOO") was the President, CEO and co-founder of DreamLife.

3. Residential Credit Corporation ("RCC") was a mortgage brokerage company that was based in Westminster, California, and maintained numerous branch offices. From approximately December 2000 to January 2002, DANILOO served as branch manager for RCC's office in Dublin, California.

THE SCHEME TO DEFRAUD

4. Between in or around December 2000 and December 2004, in the Northern District of California and elsewhere, the defendant,

TONY J. DANILOO

did knowingly and intentionally devise a material scheme and plan to defraud, and to obtain money and property by means of materially false and fraudulent promises, representations and statements, well knowing that the promises, representations and statements were materially false when made.

5. It was part of the scheme to defraud that DANILOO assisted homeowners in refinancing their homes, and then embezzled for his own use cash that had been intended to satisfy his clients' previous mortgages and other debts. The scheme to defraud involved two different sets of victim homeowners: (A) clients of RCC; and (B) clients of DreamLife.

***A. Scheme to Defraud Clients at Residential Credit Corporation***

6. While employed as a branch manager at RCC from 2000 until 2002, DANILOO purported to help clients refinance their homes and properties to raise cash for the clients' needs. Specifically, DANILOO purported to assist RCC clients in obtaining new mortgage loans and taking equity out of the properties in the form of cash payments to the clients, in order to help the clients extinguish debts, such as unpaid balances on credit cards and automobile financing.

7. It was part of the scheme to defraud that after the funding of newer loans—but before disbursements were made out of escrow—DANILOO would cause the escrow company to alter the payout instructions to enable DANILOO to embezzle a portion of the cash intended for the clients.

8. Typically, DANILOO embezzled his clients' money by forging letters from the clients falsely instructing escrow officers that some funds from the refinancing should be made payable to accounts controlled by DANILOO. These letters were materially false, in that the clients had no knowledge that such letters had gone out in their name and had not authorized personal payments to DANILOO.

9. It was further part of the scheme to defraud that DANILOO concealed his fraud through "lulling payments" to previous clients, using funds diverted from funds belonging to newer clients.

10. Altogether, DANILOO improperly diverted funds from at least seventeen RCC clients, redirecting a total of approximately $600,000 of loan funds intended for those clients to DANILOO's then-personal bank account at Union Bank of California. The RCC clients intended that these funds be used either to pay off the clients' debts, or to provide the clients with cash payments. Instead, DANILOO usurped the funds for his own personal gain.

***B. Scheme to Defraud Clients and Lenders at DreamLife***

11. In 2003, DANILOO co-founded his own mortgage brokerage company, where he continued to siphon off for his own use escrow funds that belonged to his clients.

12. DANILOO's company was first named Source Financial of Turlock. In 2004, the name was changed to DreamLife Investments, Inc., doing business as DreamLife Financial (hereinafter "DreamLife"). DreamLife was based in Modesto, California, but operated as many as seven branch offices throughout the central California valley. DANILOO served as the CEO and president of DreamLife.

13. DreamLife maintained an Internet site and also advertised on the radio and on television. DreamLife purported to be a mortgage-brokerage company that arranged loans for home buyers and people refinancing their existing home loans. Its target market included low-income and minority clients who aspired to be homeowners but had poor credit histories.

14. It was part of the scheme to defraud that DANILOO tampered with his clients' financial records by inflating their income levels and purporting to document these false income levels by inserting into their files phony documents. The phony documents that DANILOO inserted into his clients' loan files included: forged and altered bank records; forged letters from Certified Public Accountants that purported to confirm clients' income; forged documents with names of mortgage brokers who, in fact, had never involved in the transaction at hand; forged, altered, and/or false tax documents.

15. The false representations involving income levels, and the forged and altered documents inserted in clients' loan files, were material to lenders because they caused DANILOO's clients to qualify for loans for which the clients would not have otherwise qualified. Approximately 90 percent of the loans that DreamLife processed involved materially false representations and materially false documentation.

16. It was part of the scheme to defraud that DANILOO embezzled for his personal use funds from clients' refinances that were supposed to pay off the clients' old mortgage loans.

17. In mortgage refinancing, escrow files typically contain a demand letter from the original lender stating the amount owed on the old mortgage loan. As part of the closing of typical refinances, the final settlement statement contemplates payments to the original lender to extinguish the old mortgage loan.

18. It was part of the scheme to defraud that in numerous refinancing transactions involving DreamLife clients, DANILOO placed in each of his clients' escrow files a forged letter. Each forged letter was materially false in that it (1) falsely showed a zero balance for the old mortgage loans, and (2) falsely stated that the old mortgage loans had been Paid Outside of Closing ("POC"). DANILOO then caused the final statement to direct that the funds be deposited into various accounts controlled by DANILOO, which he then moved to other accounts, ultimately diverting much of the cash for his own personal use.

19. Because the old mortgage loans were never paid, many were placed in

default status, sometimes triggering foreclosure proceedings. When clients confronted DANILOO about receiving notices about failure to make payments on the old mortgage loans, DANILOO made materially false statements to the clients, blaming the problem on others.

20. DANILOO further made numerous payments toward the unpaid mortgages of clients who complained. DANILOO made these "lulling payments" so that his clients would not suspect that DANILOO had embezzled the money that the clients had intended be used to pay off the old mortgages. None of the DreamLife clients ever intended that their settlement funds be diverted by DANILOO for his personal use.

21. In total, DANILOO embezzled for his own personal use more than $4.5 million in funds intended for, and belonging to, DreamLife clients.

22. Of the funds diverted from DreamLife clients, DANILOO used some of the money on luxury items for her personal use, such as numerous luxury automobiles. DANILOO also used some of his clients' funds to expand his business, opening additional DreamLife offices, purchasing advertising for DreamLife, and making highly-publicized bids and donations in order to raise DreamLife's profile.

23. Among DANILOO's attempts to use diverted funds to acquire publicity for his business was a $1 million pledge to the athletic department at California State University at Stanislaus, in exchange for the university renaming its athletic arena "DreamLife Arena." In 2004, DreamLife was also a finalist for naming rights of the San Francisco 49ers' football stadium at Candlestick Point.

//

//

//

//

//

//

//

COUNTS ONE through FORTY-ONE: 18 U.S.C. § 1343 (Wire Fraud)

24. Paragraphs 1 through 23 are realleged as if fully set forth herein.

25. On or about the following dates, in the Northern District of California and elsewhere, for the purpose of executing the above-described schemes to defraud, the defendant,

TONY J. DANILOO,

did knowingly transmit and cause to be transmitted the following wire communications in interstate commerce:

| Count | Date | Wire Communication | From | To |
|---|---|---|---|---|
| 1 | 8/31/01 | Wire transfer of $208,594 | Bank of New York, NY | New Century Title, Pleasanton, CA |
| 2 | 9/4/01 | Wire transfer of $146,350 | Bankers Trust Co., NY | New Century Title, Pleasanton, CA |
| 3 | 5/21/03 | Wire transfer of $97,770 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |
| 4 | 5/30/03 | Wire transfer of $299,395.34 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |
| 5 | 8/13/03 | Wire transfer of $222,989.00 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |
| 6 | 10/8/03 | Wire transfer of $253,096.89 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |
| 7 | 10/8/03 | Wire transfer of $39,550.00 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |
| 8 | 10/20/03 | Wire transfer of $24,250.50 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |
| 9 | 12/22/03 | Wire transfer of $64,326.40 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |
| 10 | 1/2/04 | Wire transfer of $265,665.98 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 11 | 1/5/04 | Wire transfer of $47,088.91 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |
| 12 | 3/1/04 | Wire transfer of $109,124.72 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |
| 13 | 4/2/04 | Wire transfer of $221,696.79 | Fremont Bank, Fremont, CA. | Citibank, Dublin, CA |

| Count | Date | Wire Communication | From | To |
|---|---|---|---|---|
| 14 | 5/3/04 | Wire transfer of $736,049.92 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 15 | 6/25/04 | Wire transfer of $7,156.00 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 16 | 6/30/04 | Wire transfer of $495,318.48 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 17 | 7/1/04 | Wire transfer of $150,857.23 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 18 | 7/30/04 | Wire transfer of $139,868.72 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 19 | 8/4/04 | Wire transfer of $60,280.31 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 20 | 8/4/04 | Wire transfer of $243,871.24 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 21 | 8/5/04 | Wire transfer of $155,612.14 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 22 | 9/1/04 | Wire transfer of $27,809.19 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 23 | 9/1/04 | Wire transfer of $205,270.15 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 24 | 9/1/04 | Wire transfer of $35,500.23 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 25 | 9/1/04 | Wire transfer of $185,165.07 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 26 | 9/2/04 | Wire transfer of $192,090.65 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 27 | 9/2/04 | Wire transfer of $20,284.45 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 28 | 9/28/04 | Wire transfer of $290,175.18 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 29 | 9/28/04 | Wire transfer of $28,355.91 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 30 | 9/28/04 | Wire transfer of $67,478.31 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 31 | 9/29/04 | Wire transfer of $30,637.57 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 32 | 9/29/04 | Wire transfer of $200,749.35 | Union Bank, Modesto, CA | Citibank, Dublin, CA |

| Count | Date | Wire Communication | From | To |
|---|---|---|---|---|
| 33 | 10/6/04 | Wire transfer of $41,694.20 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 34 | 10/6/04 | Wire transfer of $243,606.01 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 35 | 10/6/04 | Wire transfer of $129,554.28 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 36 | 11/1/04 | Wire transfer of $49,489.37 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 37 | 11/1/04 | Wire transfer of $193,739.83 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 38 | 11/3/04 | Wire transfer of $147,006.64 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 39 | 11/5/04 | Wire transfer of $86,224.26 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 40 | 11/5/04 | Wire transfer of $341,497.77 | Union Bank, Modesto, CA | Citibank, Dublin, CA |
| 41 | 12/7/04 | Wire transfer of $71,785.18 | Union Bank, Modesto, CA | Citibank, Dublin, CA |

All in violation of Title 18, United States Code, Section 1343.

COUNTS FORTY-TWO THROUGH FORTY-FIVE: 18 U.S.C. § 1341 (Mail Fraud)

26. Paragraphs 1 through 23 are realleged as if fully set forth herein.

27. On or about the dates set forth below, in the Northern District of California and elsewhere, for the purpose of executing, and in furtherance of, a scheme and artifice to defraud, and in attempting to do so, the defendant,

TONY J. DANILOO,

did knowingly cause the matters and items listed below to be sent and delivered by private and commercial interstate carrier according to the directions thereon:

| Count | Date | Mailing | From | To |
|---|---|---|---|---|
| 42 | 9/7/01 | Escrow check for $176,979.18 (via Federal Express) | New Century Title Company | ABN Amro Mortgage Group |
| 43 | 10/8/01 | Escrow check for $1,463.66 (via Federal Express) | New Century Title Company | American General Finance |
| 44 | 10/24/01 | Escrow check for $143,111.62 (via Federal Express) | New Century Title Company | First Nationwide Mortgage |
| 45 | 10/24/01 | Escrow check for $101,156.73 (via Federal Express) | New Century Title Company | Internal Revenue Service |

All in violation of Title 18, United States Code, Section 1341.

COUNTS FORTY-SIX THROUGH ONE HUNDRED TWENTY-TWO: 18 U.S.C. § 1956(a)(1)(A)(I) (Financial Transactions to Promote Unlawful Activity)

28. Paragraphs 1 through 27 are realleged as if fully set forth herein.

29. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

TONY J. DANILOO,

did knowingly conduct financial transactions, in and affecting interstate commerce, with the proceeds of a specified unlawful activity, to wit: wire fraud, in violation of 18 U.S.C. § 1343, and mail fraud, in violation of 18 U.S.C. § 1341, with the intent to promote the carrying on of the specified unlawful activity, as follows:

| Count | Date | Transaction | From | To |
|---|---|---|---|---|
| 46 | 1/7/04 | Bank transfer of $1,214.25 (lulling payment) | Citibank, Dublin, CA | Wells Fargo |
| 47 | 1/12/04 | Debit card charge of $2,688.00 (DreamLife business expense) | Citibank, Dublin, CA | The Loan Page.Com |
| 48 | 1/13/04 | Check for $3,562.50 (lulling payment) | Citibank, Dublin, CA | Ocwen Federal Bank Mortgage |
| 49 | 1/26/04 | Check for $1,540.17 (lulling payment) | Citibank, Dublin, CA | Accredited Home Lenders |
| 50 | 1/26/04 | Check for $1,540.17 (lulling payment) | Citibank, Dublin, CA | Accredited Home Lenders |
| 51 | 2/5/04 | Debit card charge of $2,200.00 (DreamLife business expense) | Citibank, Dublin, CA | The Loan Page.Com |
| 52 | 2/13/04 | Check for $3,500.00 | Citibank, Dublin, CA | Escrow Officer A |
| 53 | 3/11/04 | Debit card charge of $3,400.00 (DreamLife business expense) | Citibank, Dublin, CA | The Loan Page.Com |
| 54 | 3/23/04 | Check for $1,723.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 55 | 4/5/04 | Check for $30,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 56 | 4/6/04 | Wire transfer of $10,000.00 | Citibank, Dublin, CA | Escrow Officer A |
| 57 | 4/8/04 | Check for $4,000 | Citibank, Dublin, CA | Escrow Officer A |
| 58 | 4/13/04 | Check for $13,602.15 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 59 | 4/13/04 | Check for $10,715.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 60 | 4/13/04 | Check for $2,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 61 | 4/16/04 | Check for $7,981.50 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 62 | 4/19/04 | Debit card charge of $3,400.00 (DreamLife business expense) | Citibank, Dublin, CA | The Loan Page.Com |

| Count | Date | Transaction | From | To |
|---|---|---|---|---|
| 63 | 4/20/04 | Check for $9,934.65 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 64 | 4/22/04 | Check for $16,928.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 65 | 5/3/04 | Check for $30,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 66 | 5/7/04 | Check for $35,016.24 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 67 | 5/10/04 | Check for $35,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 68 | 5/14/04 | Debit card charge of $3,400.00 (DreamLife business expense) | Citibank, Dublin, CA | The Loan Page.Com |
| 69 | 5/14/04 | Check for $20,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 70 | 5/18/04 | Check for $50,000.00 (DreamLife business expense) | Citibank, Dublin, CA | Wardens |
| 71 | 5/21/04 | Debit card charge of $3,400.00 (DreamLife business expense) | Citibank, Dublin, CA | The Loan Page.Com |
| 72 | 5/21/04 | Check for $4,868.81 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 73 | 5/21/04 | Check for $1,802.19 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 74 | 6/2/04 | Check for $34,180.76 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 75 | 6/4/04 | Debit card charge of $3,400.00 (DreamLife business expense) | Citibank, Dublin, CA | The Loan Page.Com |
| 76 | 6/11/04 | Debit card charge of $3,400.00 (DreamLife business expense) | Citibank, Dublin, CA | The Loan Page.Com |
| 77 | 6/11/04 | Check for $4,868.81 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 78 | 6/11/04 | Check for $1,802.19 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 79 | 6/17/04 | Check for $20,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |

| Count | Date | Transaction | From | To |
|---|---|---|---|---|
| 80 | 6/30/04 | Check for $50,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 81 | 7/16/04 | Check for $50,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 82 | 7/20/04 | Check for $4,868.81 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 83 | 7/20/04 | Check for $1,802.19 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 84 | 8/2/04 | Check for $63,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 85 | 8/6/04 | Check for $57,550.92 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 86 | 8/12/04 | Check for $4,868.81 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 87 | 8/12/04 | Check for $1,802.19 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 88 | 8/13/04 | Check for $48,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 89 | 8/16/04 | Check for $45,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 90 | 8/27/04 | Bank transfer of $3,666.87 (lulling payment) | Citibank, Dublin, CA | New Century Mortgage |
| 91 | 8/30/04 | Check for $6,500.00 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 92 | 8/31/04 | Check for $5,210.14 (lulling payment) | Citibank, Dublin, CA | Beneficial Mortgage |
| 93 | 9/1/04 | Check for $34,200.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 94 | 9/2/04 | Check for $48,250.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 95 | 9/2/04 | Check for $7,166.96 (lulling payment) | Citibank, Dublin, CA | New Century Mortgage |
| 96 | 9/3/04 | Check for $5,000.00 (lulling payment) | Citibank, Dublin, CA | Private Lender A |

| Count | Date | Transaction | From | To |
|---|---|---|---|---|
| 97 | 9/7/04 | Check for $15,000.00 (DreamLife business expense) | Citibank, Dublin, CA | Townsend Direct |
| 98 | 9/7/04 | Check for $60,284.00 (DreamLife business expense) | Citibank, Dublin, CA | Wardens |
| 99 | 9/14/04 | Check for $4,868.81 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 100 | 9/14/04 | Check for $1,802.19 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 101 | 9/15/04 | Check for $60,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 102 | 9/17/04 | Check for $25,000.00 (DreamLife business expense) | Citibank, Dublin, CA | Law Firm A |
| 103 | 9/17/04 | Check for $37,500.00 (DreamLife business expense) | Citibank, Dublin, CA | Townsend Direct |
| 104 | 9/29/04 | Check for $75,000.00 (DreamLife business expense) | Citibank, Dublin, CA | Townsend Direct |
| 105 | 9/30/04 | Check for $71,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 106 | 10/5/04 | Check for $4,000.00 (DreamLife business expense) | Citibank, Dublin, CA | Producer of TV advertisement |
| 107 | 10/8/04 | Check for $60,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 108 | 10/12/04 | Check for $22,353.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 109 | 10/13/04 | Check for $111,997.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 110 | 10/13/04 | Bank transfer of $3,571.23 (lulling payment) | Citibank, Dublin, CA | New Century Mortgage |
| 111 | 10/15/04 | Bank transfer of $62,783.49 (lulling payment) | Citibank, Dublin, CA | Chase Bank |
| 112 | 10/15/04 | Bank transfer of $206,092.59 (lulling payment) | Citibank, Dublin, CA | Option One Mortgage |
| 113 | 10/19/04 | Check for $18,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |

| Count | Date | Transaction | From | To |
|---|---|---|---|---|
| 114 | 10/20/04 | Check for $28,500.00 (lulling payment) | Citibank, Dublin, CA | Family Home Lenders |
| 115 | 10/25/04 | Check for $75,000.00 (DreamLife business expense) | Citibank, Dublin, CA | Townsend Direct |
| 116 | 10/25/04 | Check for $4,220.14 (lulling payment) | Citibank, Dublin, CA | Beneficial Mortgage |
| 117 | 10/27/04 | Check for $10,630.09 (lulling payment) | Citibank, Dublin, CA | Washington Mutual |
| 118 | 11/3/04 | Check for $132,047.00 (DreamLife business expense) | Citibank, Dublin, CA | Law Firm A |
| 119 | 11/4/04 | Check for $80,000.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 120 | 11/12/04 | Check for $75,000.00 (DreamLife business expense) | Citibank, Dublin, CA | Townsend Direct |
| 121 | 11/12/04 | Check for $120,655.00 (DreamLife investment) | Citibank, Dublin, CA | DreamLife Financial |
| 122 | 11/12/04 | Bank transfer of $17,900.00 (lulling payment) | Citibank, Dublin, CA | HSBC Bank |

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(I).

Dated: Aug 31, 2006

A TRUE BILL.

FOREPERSON

KEVIN V. RYAN
United States Attorney

For MARK L. KROTOSKI
Chief, Criminal Division

(Approved as to form: AUSA MICHAEL LI-MING WANG)