KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
Assistant United States Attorney

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6767

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ) <br> TONY J. DANILOO ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR 06–0596 WHA <br><br> [PROPOSED] ORDER FOR SPEEDY TRIAL EXCLUSION |

On September 19, 2006, the Court held a status hearing on this matter. Based on the stipulations and agreements of counsel in open court, and good cause appearing, IT IS HEREBY ORDERED that:

    1.    The matter is set over to October 31, 2006, for status.

    2.    Based on the parties' stipulation, the Court finds that that this matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) because of the nature of the prosecution. Specifically, the Indictment alleges a complex scheme to defraud real-

1  estate refinancing clients, and the government expects to produce thousands of pages of
2  discovery in connection with the prosecution. Upon the agreement of the parties, the
3  Court finds that it would be unreasonable to expect adequate preparation for pretrial
4  proceedings and trial without the requested exclusion.
5      3.  The parties have agreed and stipulated that defense counsel requires time to
6  review discovery and confer with her client about possible motions and trial strategy. The
7  court finds that failure to grant the requested continuance would unreasonably deny
8  counsel for defendant the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence, within the meaning of 18 U.S.C. §
10  3161(h)(8)(B)(iv).
11      4.  The Court further finds, based on the stipulation of the parties and pursuant
12  to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by ordering this continuance
13  outweigh the best interest of the public and the defendant in a speedy trial.
14      5.  Based on the foregoing findings, all time from September 19, 2006, through
15  October 31, 2006, shall be excluded in computing the time within which trial in this
16  matter must commence.

IT IS SO ORDERED.

DATED:  September 27, 2006



HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CR 06–0596 WHA    2