1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  MICHAEL LI-MING WANG (CSBN 194130)
   Assistant United States Attorney
5
   450 Golden Gate Avenue Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436–6767
7  michael.wang@usdoj.gov

8  Attorneys for Plaintiff

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,           )   No. CR 06–0596 WHA
                                        )
16        Plaintiff,                    )
                                        )
17                                      )
       v.                               )   [PROPOSED] ORDER TO CONTINUE
18                                      )   SENTENCING
                                        )
19  TONY J. DANILOO,                    )
                                        )
20        Defendant.                    )
                                        )
21  _____)

22

23        On December 5, 2006, the defendant entered a guilty plea to all counts in the

24  Indictment. Sentencing was set for March 20, 2007.

25        The parties hereby agree and stipulate that the sentencing hearing be continued by

26  one week, to March 27, 2007. The reason for the continuance is that the Probation

27  Officer is on vacation on March 20 and therefore unavailable on that date. Because of the

28  nature of some of the issues involved in this matter, the parties agree that the sentencing

[PROPOSED] ORDER
CR 06–0596 WHA                            1

1  hearing should be held on a date available to the Probation Officer. The Courtroom
2  Deputy advises that March 27 is available on this Court's calendar.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Date: __MAR 1 3 2007__     _____
                           MICHAEL LI-MING WANG
                           Assistant United States Attorney

Date: _____        _____
                            DEBORAH LEVINE
                            Counsel for Defendant Tony J. Daniloo

## ~~[PROPOSED]~~ ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that the sentencing hearing be continued from March 20, 2007, to ~~March 27, 2007~~.
April 2, 2007 at 2:00 p.m.

IT IS SO ORDERED.

DATED: _____       _____
                            HON. WILLIAM H. ALSUP
                            UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CR 06–0596 WHA                  2

1  hearing should be held on a date available to the Probation Officer. The Courtroom
2  Deputy advises that March 27 is available on this Court's calendar.
3
4                                          Respectfully submitted,
5                                          SCOTT N. SCHOOLS
                                           United States Attorney
6
7
   Date: _____
8                                          MICHAEL LI-MING WANG
                                           Assistant United States Attorney
9
10 Date:  3/13/07                           /s/ Deborah Levine
11                                          DEBORAH LEVINE
                                            Counsel for Defendant Tony J. Daniloo
12
13                            [PROPOSED] ORDER
14       Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that
15 the sentencing hearing be continued from March 20, 2007, to ~~March 27, 2007.~~
                                                               April 2, 2007 at 2:00 p.m.
16
17
   IT IS SO ORDERED.
18
19 DATED: March 15, 2007
20                                          HON. WILLIAM H. ALSUP
                                            UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CR 06-0596 WHA                              2