1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  MICHAEL LI-MING WANG (CSBN 194130)
   Assistant United States Attorney
5
       450 Golden Gate Avenue Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6767
7
   Attorneys for Plaintiff
8

9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,        )    No. CR 06–0596 WHA
15                                  )
         Plaintiff,                 )
16                                  )
                                    )
17    v.                            )    STIPULATION AND [PROPOSED] ORDER RE
                                    )    CRIMINAL RESTITUTION
18                                  )
   TONY J. DANILOO                  )
19                                  )
         Defendant.                 )
20                                  )
                                    )
21

22       On April 4, 2007, the Court held a sentencing hearing in the above-entitled matter
23 and pronounced sentence. Pursuant to 18 U.S.C. § 3664(d)(5), the Court held in abeyance
24 determination of the restitution amount to give the parties additional time to work out a
25 stipulation. To this end, the Court set an additional hearing on May 1, 2007.
26       The parties have agreed, and hereby stipulate, that the correct amount of restitution
27 is **$6,703,664.93**, and that the Court should amend the Judgment to so reflect. The parties
28 further agree that no additional hearings in this matter are necessary and jointly

1 | respectfully request that the restitution hearing now set for May 1, 2007, be taken off
2 | calendar.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Date: __APR 2 6 2007__    _____
MICHAEL LI-MING WANG
Assistant United States Attorney


Date: _____    _____
DEBORAH LEVINE
Counsel for Defendant Tony J. Daniloo


## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that the defendant shall pay criminal restitution in the amount of **$6,703,664.93** in this matter. The Judgment shall be amended to so reflect.

In light of the parties' stipulation, the Court hereby vacates the restitution hearing now set for May 1, 2007.

IT IS SO ORDERED.


DATED: _____    _____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 06–0596 WHA                    2

respectfully request that the restitution hearing now set for May 1, 2007, be taken off calendar.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Date: _____

MICHAEL LI-MING WANG
Assistant United States Attorney

Date: 4/26/07

*Deborah Levine*
DEBORAH LEVINE
Counsel for Defendant Tony J. Daniloo

[PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that the defendant shall pay criminal restitution in the amount of $6,703,664.93 in this matter. The Judgment shall be amended to so reflect.

In light of the parties' stipulation, the Court hereby vacates the restitution hearing now set for May 1, 2007.

IT IS SO ORDERED.

DATED: April 26, 2007

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 06-0596 WHA                          2