1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  MICHAEL LI-MING WANG (CSBN 194130)
   Assistant United States Attorney
5
       450 Golden Gate Avenue Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6767
7
   Attorneys for Plaintiff
8

9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )    No. CR 06–0596 WHA
                                      )
14 |        Plaintiff,                )
                                      )
15 |    v.                            )    STIPULATION AND [PROPOSED] ORDER RE
                                      )    CRIMINAL RESTITUTION
16 | TONY J. DANILOO                  )
                                      )
17 |        Defendant.                )
                                      )
18 |_____)

19      On June 19, 2007, the Court issued an Amended Judgment in the above-captioned

20 matter. Among other things, the Amended Judgment set forth the names of the victims in

21 the matter, the amount of restitution owed to each, and fixed the total restitution amount

22 at $6,703,664.93. These amounts were based on numbers supplied to the Court by the

23 parties, which reflect clerical errors. The Government regrets these errors.

24      Pursuant to Rule 36, which provides that the Court "may at any time correct a

25 clerical error in a judgment," the parties respectfully request that the Court amend the

26 Amended Judgment based on clerical errors in the numbers previously submitted to the

27 Court. In particular, the parties stipulate and agree to the following:

28 //

1.    The amount of restitution owed to Farzanah Khan should be **$69,908.47**, instead of $76,267.40.

2.    The total amount of restitution should be **$6,743,464.45**, not $6,703,664.93.

The parties further stipulate and agree that the above corrections arise from "oversight or omission," pursuant to Rule 36.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Date: July 31, 2007    /S/ Michael Li-Ming Wang
MICHAEL LI-MING WANG
Assistant United States Attorney

Date: August 1, 2007    /S/ Deborah Levine
DEBORAH LEVINE
Counsel for Defendant Tony J. Daniloo

### [~~PROPOSED~~] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that the Judgment in this matter is hereby amended as follows:

1.    The amount of restitution owed to Farzanah Khan should be **$69,908.47**, instead of $76,267.40.

2.    The total amount of restitution should be **$6,743,464.45**, not $6,703,664.93.

The Court further finds that the above changes are to correct errors "arising from oversight or omission" on the part of the parties, within the meaning of Rule 36.

IT IS SO ORDERED.

DATED: August 2, 2007.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER
CR 06–0596 WHA    2