# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue


FILED
JAN 16 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Report on Offender Under Supervision

**Name of Offender**
Tony Daniloo

**Docket Number**
0971 3:06CR00596-1 WHA

**Name of Sentencing Judge:** The Honorable William Alsup
United States District Judge
**Date of Original Sentence:** June 19, 2007

**Original Offense**
Counts One through Forty One: Wire Fraud, 18 U.S.C. § 1343, a Class C Felony; Counts Forty Two through Forty Six: Mail Fraud, 18 U.S.C. § 1341; Counts Forty Seven through One Hundred and Twenty Two: Financial Transactions to Promote Unlawful Activity, 18 U.S.C. § 1956(a)(1)(A)(1).

**Original Sentence:** 90 months of Bureau of Prison custody to be followed by a three-year term of supervised release
**Special Conditions:** drug aftercare; special assessment $12,200; restitution $6,703,664.93; no new lines of credit or debt; access to financial information; submit to search; DNA collection.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Michael Li-Ming Wang

**Date Supervision Commenced**
January 10, 2013
**Defense Counsel**
Deborah Levine (Retained)

### Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number two which orders the offender to pay any restitution and special assessment imposed by the judgment order. Tony Daniloo failed to make restitution and/or special assessment fee payments from June 2013 to November 2013. |

RE:  Daniloo, Tony                                                                                                                2
     0971 3:06CR00596-1 WHA

Mr. Tony Daniloo failed to make restitution and/or special assessment fee payments beginning June 2013 to November 2013, as a result of losing his employment position with a local heating and air conditioning company. Mr. Daniloo was laid off in late May 2013. Since said time, he has been actively searching for employment.

## Action Taken and Reason

The probation officer has been assisting Mr. Daniloo with his employment search efforts in the form of job lead referrals (as they become available), employment and training resources and also by making herself available to speak with any prospective employer that may have questions and/or concerns related to Mr. Daniloo's supervised release status. Mr. Daniloo has also experienced various tax related problems with agencies such as the Internal Revenue Service (IRS) and the Employment Development Department (EDD), respectively. These reported and verified tax problems are due to income accumulated during the commission of his instant offense. As a result, Mr. Daniloo has incurred thousands of dollars in unpaid taxes. At this time, Mr. Daniloo is appealing said tax findings via the EDD and IRS agencies' appeals process. Mr. Daniloo is currently being supported by his family and performs temporary odd jobs (labor) on occasion.

Mr. Daniloo has agreed to pay minimal monthly payments of $50 towards his outstanding criminal penalties until he is able to secure employment. As such, he made a $50 payment on December 18, 2013, documentation was provided to the probation officer. It is respectfully recommended that the Court set Mr. Daniloo's restitution payments at the rate of $50 per month. The probation officer will continue to assess Mr. Daniloo's ability to pay throughout his term of supervision and notify the Court as it is warranted.

Due to Mr. Daniloo's reasonable efforts to secure employment and his overall compliance with his terms of supervision, the probation officer respectfully requests that no formal Court action be taken at this time.

Respectfully submitted,                                Reviewed by:

_Maria Ross_                                           _Robert Tenney_
Maria Ross                                             Robert Tenney
U.S. Probation Officer                                 Supervising U.S. Probation Officer
Date Signed: January 14, 2014

**RE:**  Daniloo, Tony  3
0971 3:06CR00596-1 WHA

---

THE COURT ORDERS:

☒ The Court concurs and takes judicial notice and sets the monthly restitution payment at the rate of $50.00.
☐ Submit a request to modify supervision
☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:

_JANUARY 15, 2014._  _____
Date    William Alsup
United States District Judge